*cv, DKW*

ORIGINAL

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

### for the

### District of Hawaii

_____ Division

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 07 2022

at _10_ o'clock and _30_ min. _P_ M
CLERK, U.S. DISTRICT COURT

|  |  |
|---|---|
| Clarence Daniels Jr | ) Case No. **CV 22   00295 DKW** WRP |
| | ) (to be filled in by the Clerk's Office) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) Jury Trial: *(check one)* ☑ Yes ☐ No |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
| Novant Health Inc | ) |
| SEE (2) PAGE DEFENDANTS LIST ADDENDUM | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Clarence Daniels Jr |
| Street Address | General Delivery |
| City and County | Kaaawa / Honolulu County |
| State and Zip Code | Hawaii / 96730-9988 |
| Telephone Number | (910) 292-9729 |
| E-mail Address | cdaniels9@protonmail.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name                         SEE (2) PAGE DEFENDANTS LIST ADDENDUM

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question           [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
18 U.S.C. § 1964 - VIOLATION OF (RICO) ACT
42 U.S.C. § 1983 - VIOLATION OF CRUEL AND UNUSUAL PUNISHMENT, U.S. CONST. AMEND. VIII
42 U.S.C. § 1983 - VIOLATION OF DUE PROCESS, U.S. CONST. AMEND. XIV

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

    a.     If the plaintiff is an individual

        The plaintiff, *(name)* Clarence Daniels Jr _____, is a citizen of the State of *(name)* Hawaii _____ .

    b.     If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

        and has its principal place of business in the State of *(name)* _____

        _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

    a.     If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant,  *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff is seeking:
General and compensatory damages against Defendant in the amount of $22,000,000
Punitive and exemplary damages against Defendant in the amount of $506,000,000

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

SEE (10) PAGE STATEMENT OF FACT ADDENDUM

SEE (8) PAGE CLAIM FOR RELIEF ADDENDUM

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE (8) PAGE CLAIM FOR RELIEF ADDENDUM

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        06/19/2022

Signature of Plaintiff

Printed Name of Plaintiff        Clarence Daniels Jr

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# DEFENDANTS LIST ADDENDUM

- Defendants NOVANT CIRCLE's identities are unknown to Clarence Daniels Jr at this time, were at all relevant times employed by Defendant Novant Health Inc, and and are being sued individually.

- Defendants ATRIUM CIRCLE's identities are unknown to Clarence Daniels Jr at this time, were at all relevant times employed by Defendant Novant Health Inc, and and are being sued individually.

- Defendants PUBLIX CIRCLE's identities are unknown to Clarence Daniels Jr at this time, were.at all relevant times employed by Defendant Publix Super Markets Inc, and are being sued individually.

- The individual Novant Health Medical Doctor Defendants, and the individual Novant Health Psychiatric and Psychological Defendants were at all relevant times employed by Defendant Novant Health Inc, are being sued individually and are collectively referred to as the "NVM CIRCLE".

| | |
|---|---|
| **Name:** Novant Health Inc<br>**Street Address:** 2085 Frontis Plaza Boulevard<br>**City and County**: Winston Salem/ Forsyth County<br>**State and Zip:** North Carolina / 27103<br>**Telephone Number:** (336) 277-1120<br>The Defendant Novant Health Inc operates Novant Health Presbyterian Medical Center, is incorporated under the laws of the State of North Carolina, and has its principal place of business in the State of North Carolina. | **Name:** The Charlotte-Mecklenburg Hospital Authority (Atrium Health)<br>**Street Address:** 1000 Blythe Blvd<br>**City and County**: Charlotte / Mecklenburg County<br>**State and Zip:** North Carolina / 28203-5812<br>**Telephone Number:** (704) 355-5676<br>The Defendant The Charlotte-Mecklenburg Hospital Authority operates Atrium Health Carolinas Medical Center, is incorporated under the laws of the State of North Carolina, and has its principal place of business in the State of North Carolina. |
| **Name:** Mecklenburg EMS Agency<br>**Street Address:** 4425 Wilkinson Blvd<br>**City and County**: Charlotte / Mecklenburg County<br>**State and Zip:** North Carolina / 28208<br>**Telephone Number:** (704) 943-6000<br>The Defendant Mecklenburg EMS Agency, is incorporated under the laws of the State of North Carolina, and has its principal place of business in the State of North Carolina. | **Name:** Publix Super Markets, Inc<br>**Street Address:** 3300 Publix Corporate Parkway<br>**City and County**: Lakeland / Polk County<br>**State and Zip:** Florida / 33811<br>**Telephone Number:** (863) 688-1188<br>The Defendant Publix Super Markets, Inc, is incorporated under the laws of the State of Florida, and has its principal place of business in the State of Florida. |
| **Name:** Sankalp Puri<br>**Street Address:** 200 Hawthorne Lane<br>**City and County**: Charlotte / Mecklenburg County<br>**State and Zip:** North Carolina / 28204<br>**Telephone Number:** (704) 384-4021<br>The defendant, Sankalp Puriis, is a citizen of the State Of North Carolina. | **Name:** Vernon Barksdale<br>**Street Address:** 200 Hawthorne Lane<br>**City and County**: Charlotte / Mecklenburg County<br>**State and Zip:** North Carolina / 28204<br>**Telephone Number:** (704) 384-9414<br>The defendant, Vernon Barksdale, is a citizen of the State Of North Carolina. |
| **Name:** Jacob McGrath<br>**Street Address:** 200 Hawthorne Lane<br>**City and County**: Charlotte / Mecklenburg County<br>**State and Zip:** North Carolina / 28204<br>**Telephone Number:** (704) 384-9414<br>The defendant, Jacob McGrath, is a citizen of the State Of North Carolina. | **Name:** Nathan Carter<br>**Street Address:** 200 Hawthorne Lane<br>**City and County**: Charlotte / Mecklenburg County<br>**State and Zip:** North Carolina / 28204<br>**Telephone Number:** (704) 384-1246<br>The defendant, Nathan Carter, is a citizen of the State Of North Carolina. |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# DEFENDANTS LIST ADDENDUM

| | |
|---|---|
| **Name:** Michael Christo<br>**Street Address:** 1900 Randolph Road Suite 800<br>**City and County:** Charlotte / Mecklenburg County<br>**State and Zip:** North Carolina / 28207<br>**Telephone Number:** (704) 384-1246<br>The defendant, Michael Christo, is a citizen of the State Of North Carolina. | **Name:** Larson Vickery<br>**Street Address:** 200 Hawthorne Lane<br>**City and County:** Charlotte / Mecklenburg County<br>**State and Zip:** North Carolina / 28204<br>**Telephone Number:** (704) 384-9414<br>The defendant, Larson Vickery, is a citizen of the State Of North Carolina. |
| **Name:** Rajasekhar Kannali<br>**Street Address:** 1900 Randolph Road Suite 800<br>**City and County:** Charlotte / Mecklenburg County<br>**State and Zip:** North Carolina / 28207<br>**Telephone Number:** (704) 384-1246<br>The defendant, Rajasekhar Kannali, is a citizen of the State Of North Carolina. | **Name:** Kaaya Malhotra<br>**Street Address:** 200 Hawthorne Lane<br>**City and County:** Charlotte / Mecklenburg County<br>**State and Zip:** North Carolina / 28204<br>**Telephone Number:** (704) 384-1246<br>The defendant, Kaaya Malhotra, is a citizen of the State Of North Carolina. |
| **Name:** Amishi Shah<br>**Street Address:** 200 Hawthorne Lane<br>**City and County:** Charlotte / Mecklenburg County<br>**State and Zip:** North Carolina / 28204<br>**Telephone Number:** (704) 384-1246<br>The defendant, Amishi Shah, is a citizen of the State Of North Carolina. | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# STATEMENT OF FACT ADDENDUM

1.  In 2014 while Clarence Daniels Jr operated a small business in Jacksonville, FL providing IT services/consulting to the healthcare industry nationwide, terrorists used their network of cells to infiltrate the data center that housed his equipment to gain unauthorized physical access to his hardware/infrastructure. Clarence Daniels Jr, having gained enough respect for his skill/talents to charge $500/hr for his services, chose to shutdown operations due to the threat these terrorists posed to the general public.  Due to the type/level of infrastructure access Clarence Daniels Jr had during his career, he would eventually report this attack to the FBI.  Clarence Daniels Jr would be told to fill out an online form, and "good luck with your situation".  The FBI would make no further attempt to follow-up.

    The address of the data center that stored Clarence Daniels Jr's hardware is:

    > 800 Water St
    > Jacksonville, FL 32204

    Which happens to be the same address of the Federal Reserve Bank (Jacksonville, FL).

2.  In 12/2017, Clarence Daniels Jr (now homeless) was tracked down while walking, after attempting to leave town in the middle of the night, on a country road in Covelo, CA.  Clarence Daniels Jr was circled by over 5 cars using the road and a parking lot, and was called a nigger.  This occurred after occasional gunshots and screams of nigger outside of where he slept.  It appeared as if Clarence Daniels Jr was not supposed to leave Covelo without permission.  After being taken to the police station by tribal police, Clarence Daniels Jr was transported to the emergency room in Ukiah, CA for injuries suffered during the encounter.  Clarence Daniels Jr asked local Ukiah police to contact the FBI to report the hate crime and was told nobody was calling the FBI for him.  Clarence Daniels Jr defines his perpetrators as a lynch mob and their actions as a hate crime.

3.  There were many acts before, after, and in between 2014 to date, by various organized individuals; entities; groups given only enough information to complete their task, spanning multiple States, that when aggregated, Clarence Daniels Jr defines as systematic terrorism.

4.  On July 23, 2018 while awaiting trial in Union County jail in North Carolina (the "arresting officer" had no intention of showing up to trial), Clarence Daniels Jr was served a food tray for lunch that contained crushed glass.  Via the cell's intercom, Clarence Daniels Jr informed Union County jail staff twice that he had consumed crushed glass contained in his food tray and was disconnected on both occasions.  Immediately following this, the cell block would be told the facility was on lockdown.  Clarence Daniels Jr defines this act as a murder attempt.

5.  On June 10, 2019, Clarence Daniels Jr sent an email to the SEC informing them of targeted product tampering at Whole Foods Market, Durham, NC location (a subsidiary of Amazon Inc).

6.  On December 1, 2019, Clarence Daniels Jr sent an email to the SEC informing them of targeted product tampering at a second Whole Foods Market, Uptown Charlotte, NC location (a subsidiary of Amazon Inc).  The email included the following excerpt.

    > *"For the past 4 months, on a very frequent basis, Whole Foods Market (Charlotte, Uptown) ,*
    > *has also engaged in "targeted product tampering".  They appear to be unconcerned about*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# STATEMENT OF FACT ADDENDUM

*future consequences of these acts, choosing to put their fates in the hands of people whose primary purpose for engaging them has been to coverup their own crimes.  The type of people who keep a private audio/video collection of their conversations to control/blackmail those who have fallen prey to their schemes.*

*In the future when Amazon/Whole Foods Markets has been deceived (UNTRUSTWORTHY PEOPLE CAN NOT BE TRUSTED TO TELL THE TRUTH),  about the type/level/scale of poison they have chosen distribute, and the result is fatal, this will serve as a small fraction of publicly available information about their willful negligence.*

*Same UID applies."*

7. In 2019, after Clarence Daniels Jr read a news paper article about the devastation on the African American community the murder of Keith Lamar Scott by Charlotte Mecklenburg Police Department in 9/2016 had, over 10 Charlotte Mecklenburg Police Department officers riding bicycles were coordinated to simultaneously cross Clarence Daniels Jrs sight line for the purpose of intimation.

8. Between 9/2019 and 9/2020, Clarence Daniels Jr was arrested 8 times in Charlotte NC, with the arresting officers having no intention of appearing in court.

9. Daily between 10/2019 and 10/2021, Clarence Daniels Jr was the target of varying chemical weapon assaults in public areas.  On one occasion, the intensity of a combination of chemical weapon assaults designed to create an excessive gas buildup in the body, and to force a bowel movement, was increased to a level where Clarence Daniels Jr, having not consumed a meal in over 10 hours, was forced to have a bowel movement while he was walking to a restroom.  Clarence Daniels Jr defines the act of targeting US citizens with chemical weapons in public areas as terrorism.

10. **Between 11/2019 and 12/2019 Clarence Daniels Jr was targeted with a "special recipe" chemical weapon assault combined with one targeting respiratory functions, including a feature that created mucus in lungs and various other side effects.  The frequency/intensity  of these attacks became such that Clarence Daniels Jr began evaluating face mask options to wear in public.  90 days later the whole world would be evaluating face mask options to wear in public.**

11. Chemical weapon assault variations included, but were not limited to the following:
     a. Trigger symptoms associated with COVID-19
     b. Cause bloody nose
     c. Cause blood in stool
     d. Cause severe dehydration
     e. Force urination
     f. Force a bowel movement
     g. Create an excessive gas buildup in body
     h. Attack internal organs
     i. Adjust body chemistry and affect blood sugar

12. The public locations where chemical weapon assaults were used included, but were not limited to the following:
     a. Whole Foods Market (uptown Charlotte)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# STATEMENT OF FACT ADDENDUM

    b.  Charlotte main branch library
    c.  Mecklenburg County public parks
    d.  In front of 200 South Tryon St
    e.  Dowd YMCA (started directly after Clarence Daniels Jr read the "Another Reputation Ruined" chapter in "Brothers Karamazov")
    f.  Novant Presbyterian Medical Center
    g.  Charlotte Douglas International Airport ("CLT")
    h.  Chicago O'Hare International Airport ("ORD")
    i.  Daniel K. Inouye International Airport ("HNL")
    j.  Oahu Community Correctional Center ("O.C.C.C")
    k.  United Airlines flight ORD-HNL

13. Clarence Daniels Jr was able to identify the following rules the terrorists used to entertain themselves.
    a.  CIRCLES consisting of children riding their bikes and electric scooters not randomly screaming "oh shit" would signal an impending chemical weapon assault designed to create an excessive gas buildup in the body and/or force a bowel movement.
    b.  CIRCLES not randomly walking by saying "bull shit", pre/post a chemical weapon assault designed to create an excessive gas buildup in the body.
    c.  The newly branded Charlotte "Solid Waste Operations" fleet vehicles not so randomly appearing would signal a chemical weapon assault designed to create an excessive gas buildup in the body and/or force a bowel movement.
    d.  The Charlotte Area Transit System buses not so randomly releasing hydraulic pressure would signal an impending chemical weapon assault designed to create an excessive gas buildup in the body and/or force a bowel movement.
    e.  The UPS brown delivery truck would signal a chemical weapon assault designed to create an excessive gas buildup in the body and/or force a bowel movement.
    f.  Clarence Daniels Jr eating peanuts would trigger a chemical weapon assault designed to force urination.
    g.  Clarence Daniels Jr consuming dairy products would trigger a chemical weapon assault designed to create an excessive gas buildup in the body and/or force a bowel movement.
    h.  Clarence Daniels Jr eating a bag of mixed jelly beans would trigger a "mixed bag" of chemical weapon assaults.
    i.  Clarence Daniels Jr eating kidney beans would trigger a chemical weapon assault designed to target internal organs.
    j.  After Clarence Daniels Jr read in a book, a line that referenced "no more apples and pears", Clarence Daniels Jr eating an apple or pear would trigger a chemical weapon assault designed to create an excessive gas buildup in the body and/or force a bowel movement.
    k.  After Clarence Daniels Jr searched WebMD for "blood in stool",  a chemical weapon assault designed to force blood in stool was triggered.
    l.  The Toni Braxton song " Breathe Again", not so randomly playing in the background, pre/post an excessive chemical weapon assault targeting respiratory functions.
    m.  The Luther Vandross song "Never Too Much" not so randomly playing in the background after Clarence Daniels Jr exceeded a certain food intake level, would trigger a chemical weapon assault designed to create an excessive gas buildup in the body and/or force a bowel movement.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# STATEMENT OF FACT ADDENDUM

14. On December 28, 2019 at 3:52 pm Clarence Daniels Jr forwarded emails he had previously sent to the SEC verifying targeted product tampering at 2 locations of Whole Foods Markets (a subsidiary of Amazon Inc), to the United Kingdom Competition and Markets Authority.

15. On December 28, 2019 at 7:10  pm Clarence Daniels Jr was the pedestrian involved in a pedestrian hit by vehicle collision.  The City of Charlotte traffic systems were not operating under standard automated rules.  This incident would be the 2nd of 4 pedestrian hit by vehicle incidents between 2019 and 2020 in which Clarence Daniels Jr was the pedestrian.  Clarence Daniels Jr would be transported to Novant Health Presbyterian Medical Center via EMS.  The nurse who wheeled Clarence Daniels Jr to the imaging department was informed enough of events to comment, "maybe it wasn't an accident".

16. On January 28, 2020, Clarence Daniels Jr informed Charlotte city council via email of the December 28, 2019 incident due to Charlotte Mecklenburg Police Department's refusal to follow-up.  The email included the following *excerpt.*

    *"This was not an accident.  An audit of the logs of the traffic lights and cameras, will show a coordinated effort to intimidate, and cause bodily harm."*

17. On January 30, 2020 Clarence Daniels Jr received via email from principal legal counsel at Whole Foods Market a universal ban.

18. On May 22, 2020 Clarence Daniels Jr was assaulted by a Mecklenburg County park ranger at Freedom Park.  Clarence Daniels Jr called 911 and requested police.  Private security employed by Mecklenburg County arrived and claimed they were the same as police and I could report the incident to them.  Clarence Daniels Jr would have to make a second call to 911 and also request medical attention for injuries before Charlotte Mecklenburg Police Department would arrive at the scene.  Even though Clarence Daniels Jr showed video of the assault to Charlotte Mecklenburg Police Department, they would refuse to follow-up on the incident, and classify it as a trespass.

19. On May 29, 2020, Clarence Daniels Jr was the pedestrian involved in a pedestrian hit by vehicle collision.  This incident would be the 3rd of 4 pedestrian hit by vehicle collisions, between 2019 and 2020, in which Clarence Daniels Jr was the pedestrian.  The City of Charlotte traffic systems were not operating under standard automated rules.  In the other 3 incidents the drivers fled the scene.  The vehicle being driven by Morgan ALEXA Brown was going over 35 mph and did not brake until impact.  This incident resulted in too much damage to the vehicle for Morgan ALEXA Brown to flee the scene.

    Clarence Daniels Jr was transported to Novant Health Presbyterian Medical Center.  After being transferred to a private room, the television was tuned to  a scene in the movie  " Pain & Gain", directed by Michael Bay, where character Victor Kershaw, after being kidnapped, is hospitalized in a body cast after a car crash.  (This entertainment would be revisited at a future date.)

    Prior to being discharged from Novant Health Presbyterian Medical Center on May 29, 2020, Novant Health Inc employees would make note that Clarence Daniels Jr "refused treatment" due to his declining an injection for a CT with contrast.  Novant Health Inc would insist that Clarence Daniels Jr sign a waiver stating he refused treatment.  Clarence Daniels Jr, being aware that the purpose of the waiver was to shield Morgan ALEXA Brown in any future damage claim, refused to sign the waiver.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# STATEMENT OF FACT ADDENDUM

20. After being normalized to the lynch mob using their vehicles for attacks, Clarence Daniels Jr stopped tracking the vehicular assaults and refused transport to the emergency room by Mecklenburg County EMS after the 4th of 4 pedestrian hit by vehicle incidents between 2019 and 2020 (3rd hit and run) in which he was the pedestrian.

21. On the night of May 30, 2020 during protests regarding the murder of George Floyd, Charlotte Mecklenburg Police Department intentionally directed a CIRCLE of protesters around Clarence Daniels Jr while he was sleeping on a bench in front of 200 South Tryon St, and proceeded to bombard the area with chemical weapons.  Even after the CIRCLE of protesters had dispersed, Charlotte Mecklenburg Police Department continued to target Clarence Daniels Jr with their chemical assault weapons.

    Charlotte Mecklenburg Police Department's use of excessive force during those protests made national headlines.  This was without the knowledge that Charlotte Mecklenburg Police Department used the protests as an opportunity to attack Clarence Daniels Jr, an African American male, who was not even participating in the protests.

22. The City of Charlotte city council would be convinced into being complicit with the attack by commemorating the event and approving the shutting down of the area of street where Clarence Daniels Jr was attacked on May 30, 2020.  The event was memorialized with local artists painting a "BLACK LIVES MATTER" mural on the street, and the street closure between 6/9/2020 and 11/10/2020.

23. A game/joke would be made to mock the situation with diversified "CIRCLES" (including children) saying "Black Lives Matter".  A game/joke would be made to mock the situation with African Americans (including children) being brought in to deliberately create a negative narrative about the public message of the " Black Lives Matter" cause.

24. On two additional occasions between 6/2020 and 12/2020, Charlotte Mecklenburg Police Department would conspire with "CIRCLES" of Black Lives Matter protesters to collaborate around Clarence Daniels Jr in attempts to link Clarence Daniels Jr to the protesters.

25. On June 1, 2020 at approximately 10:50 am, Clarence Daniels Jr went to Charlotte Mecklenburg Police Department headquarters to obtain a copy of the incident report for the lynch mob attack on May 29, 2020, and was told via the intercom system that the records department was closed due to the riots by an officer White.  This information was confirmed face to face by officer Arnold.

26. On June 1, 2020 at approximately 12:03 pm, Clarence Daniels Jr went to Charlotte Mecklenburg Police Department headquarters to request a meeting with Internal Affairs,  and was told via intercom system by an officer Sutton that Internal Affairs was not doing face to face meetings due to COVID-19, and that he could provide a telephone number to contact them.  Clarence Daniels Jr asked several times for an email or what other options were available to contact Internal Affairs and he would only say he would give me a phone number.  After persisting with requests for the options available to contact Internal Affairs, Clarence Daniels Jr was asked to leave as a pretext to arrest.

27. With the scope and aggressiveness of the attacks against him expanding, Clarence Daniels Jr decided to post up at the site of the May 30, 2020 attacks against him, believing that if terrorism was permitted

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# STATEMENT OF FACT ADDENDUM

in the heart of a city that is recognized as one of the nations banking hubs, then the options for neutralizing the  terrorists were limited.  Clarence Daniels Jr would proceed to spend an average of 20 hours a day at the point of that attack.  This would give the terrorists so few options, that they would resort to kidnapping Clarence Daniels Jr on October 17, 2021 at the point of that attack.

28. On June 2, 2020, Clarence Daniels Jr informed Charlotte city council via email of the May 9, 2020 incident and of Charlotte Mecklenburg Police Department's refusal to follow-up the previous incidents.  Clarence Daniels Jr advised them of the 12/2017 incident and that the traffic incidents in Charlotte were not accidents.  The email included the following excerpt.

> *"This "lynch mob" has been scaled to fit Charlotte, NC, diversified, and racial slurs eliminated to avoid any future hate crime scares. Between 1/2020 and 6/2020 at moments when I have "forgotten my place", not kept quiet, and not accepted my "punishment", the aggressivness of the lynch mob was escalated and I have been struck by a vehicle at a crosswalk on two separate occasions."*

29. On July 3,  2020, after inaction from Charlotte city council and Charlotte Mecklenburg Police Department officials, Clarence Daniels Jr would close out a follow-up email with the following.

> *"I assure you, things are worse than they sound. If my statements are false, they are easily disapproved, and no harm comes from inaction. If my statements are true, and it is revealed that Mecklenburg County and City of Charlotte departments have acted as "cells" and aided/supported these terrorist activities, through cover-ups and the continuation of events that happened in every other city/county (which includes but not limited to the multiple attempts on my life, including the one in the Union County jail), then inaction is inexcusable, and can't be explained away at a future date. I can not force anyone to play any role, and if inaction is the chosen path, am perfectly content to sit back, and finish watching it all play out. BUT that "he never said anything" trump card is off the table, and was always weak."*

30. Between 6/2020 and 10/2021, the terrorists would send CIRCLES of individuals to "engage" Clarence Daniels Jr while he sat on the bench in front of 200 South Tryon St, for entertainment purposes.  In September 2021, started a religious vow of silence.  This would cause a disruption in the terrorist's entertainment.

31. On October 8, 2021 at approximately 4:30 pm, at Publix Super Markets Store Number: 1453, Clarence Daniels Jr purchased groceries, then entered the public restrooms.  After exiting the restrooms Clarence Daniels Jr, having committed no crime, was confronted by security personnel employed by Publix Supermarkets Inc.  Clarence Daniels Jr placed his hands in the air, to ensure there was no confusion about resistance.  After no action from the security personnel employed by Publix Supermarkets Inc, Clarence Daniels Jr placed his hands on the wall.  After no action from the security personnel employed by Publix Supermarkets Inc, Clarence Daniels Jr walked away.  After his back was to the security personnel employed by Publix Supermarkets Inc, Clarence Daniels Jr was grabbed, thrown to the floor,  handcuffed and placed on a bench at the front of the store, by the security personnel employed by Publix Supermarkets Inc.  The security personnel employed by Publix Supermarkets Inc continued to attack Clarence Daniels Jr by pulling/choking him by the shirt, dragging him to the floor and back to the bench.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# STATEMENT OF FACT ADDENDUM

32. Charlotte Fire Department and Mecklenburg County EMS would arrive at the scene, but Charlotte Mecklenburg Police Department made no appearance. Clarence Daniels Daniels Jr was placed on a stretcher and moved to the ambulance. Clarence Daniels Jr refused transport to the hospital, but Mecklenburg County EMS refused to allow Clarence Daniels Jr to exit the ambulance, stating that if he "talked" they would let him go. Mecklenburg County EMS would kidnap and transport Clarence Daniels Jr, without lawful privilege and against his consent to Atrium Health Carolinas Medical Center and away from the scene of the attack before Charlotte Mecklenburg Police Department would arrive.

33. Upon arrival at Atrium Health Carolinas Medical Center, Mecklenburg County EMS provided Atrium Health security guards Clarence Daniels Jr's backpack to prevent his "elopement". Mecklenburg County EMS informed Atrium Health Carolinas Medical Center emergency room personnel that Clarence Daniels Jr refused transport. Approximately 30 minutes later, after evaluating their legal position, Atrium Health security guards provided Clarence Daniels Jr his backpack so he could depart. This was an attempt to unlawfully deprive him of his liberty, and have him involuntarily committed, for the purpose of creating a negative mental narrative. (Clarence Daniels Jr's sandals would be stolen for entertainment purposes.)

34. On October 17, 2021 at approximately 12:00 pm in front of 200 South Tryon St, Clarence Daniels Jr was sleeping on a park bench in a sleeping bag. Clarence Daniels Jr was suspended in the air by (2) Charlotte Mecklenburg Police Department officers, (2) Charlotte Fire Department firemen, and (2) Mecklenburg County EMS medics, while they attempted to remove him from his sleeping bag. Clarence Daniels Jr wrapped his arm around the park bench to prevent his removal, but after approximately 5 minutes they were successful in subduing him and strapped him down to a stretcher to physically restrain him. The individuals who kidnapped Clarence Daniels Jr were NOT wearing face masks/coverings.

35. On October 17, 2021 at approximately 12:15 pm, Mecklenburg County EMS would create a pattern of criminal activity by kidnapping and transporting Clarence Daniels Jr a second time without lawful privilege and against his consent. Mecklenburg County EMS would transport Clarence Daniels Jr to Novant Health Presbyterian Medical Center where armed security personnel employed by Novant Health Inc had made preparations to unlawfully deprive Clarence Daniels Jr of his liberty.

36. At Novant Health Presbyterian Medical Center, Clarence Daniels Jr made two attempts to leave the facility, and was prevented on both occasions by armed security personnel employed by Novant Health Inc. The automatic doors were also disabled to prevent Clarence Daniels Jr from departing. After Clarence Daniels Jr's second attempt to leave, like his kidnapping on October 8, 2021, he would be told that if he "talked", they would let him go. After refusing to comply, Clarence Daniels Jr was forcefully restrained by armed security personnel employed by Novant Health Inc, sedated, have his blood stolen, and locked in a holding cell (the entertainment from May 29, 2020 revisited). Clarence Daniels Jr, who Novant Health Inc would claim tested positive for COVID-19 on 10/18/2021, was NOT offered/wearing a face mask/covering and the Novant Health Inc staff who assisted in the kidnapping of Clarence Daniels Jr were NOT wearing face masks/coverings.

37. By 1:15pm on October 17, 2021, less than an hour after Clarence Daniels Jr arrived at Novant Health Presbyterian Medical Center, and before any conscious interaction with a medical doctor, Novant Health Inc would start force medicating Clarence Daniels Jr with multiple antipsychotic drugs that were previously unprescribed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# STATEMENT OF FACT ADDENDUM

38. Novant Health Inc tortured Clarence Daniels Jr with drugs that when combined with the regular chemical weapon assaults he had been subjected to prior to being kidnapped, would exasperate his condition. Novant Health Inc used the kidnapping of Clarence Daniels Jr as an opportunity to torture him with chemical weapon assaults in a controlled environment, which when combined with the drugs they were torturing him with would exasperate his condition. Novant Health Inc used the side effects of the drugs they were torturing Clarence Daniels Jr with and the negative mental narrative they generated in medical records as framework to fit a predetermined diagnosis (convientlty disregarding known/unknown COVID-19 symptoms). This narrative included notes in medical records to explain the effects of Clarence Daniels Jr's exposure to the routine chemical weapon assaults as being self-inflicted. This narrative was proactively designed to create legal protection for criminal activity.

39. On October 17, 2021, subsequent to kidnapping Clarence Daniels Jr, Novant Health Inc would note in medical records that an involuntary commitment order was obtained from the state of North Carolina, and would fail to inform Clarence Daniels Jr.

40. On October 17,2021 before any involuntary commit order could have been obtained, Novant Health Inc makes the following notes in Clarence Daniels Jr's medical records.
    a. "PD called for pt "acting differently" normally kind and talkative now not speaking not following commands. In restraints w/ EMS due to not complying to get into EMS."

    b. "Pt left room and attempted to leave, pt continues to refuse to speak with staff. PSO escorted back to room and door has been locked at this time."

41. Between 10/17/2021 and 11/24/2021, Novant Health Inc would make at least 9 references to kidnapping in Clarence Daniels Jr's medical records.

42. Per medical records, on October 18, 2021, Novant Health Inc would claim Clarence Daniels Jr tested positive for COVID-19, fail to inform him of the positive test or that he was being quarantined. Clarence Daniels Jr would not be made aware of the claim that he tested positive for COVID-19 until reading a text message from North Carolina Department of Health and Human Services after his release on November 24, 2021. This would deny Clarence Daniels Jr the opportunity to communicate with individuals he had been in contact with, and increase the likelihood of the virus spreading (including the "first responders" who were accomplices in kidnapping Clarence Daniels Jr).

43. Per medical records, on October 18, 2021, less than 24 hours after kidnapping Clarence Daniels Jr, and before any concious interaction with a medical doctor, Novant Health Inc would note attempts to contact long-term behavioural health facilities, outside of Charlotte, NC, to detain Clarence Daniels Jr.

44. On October 26, 2021, subsequent to kidnapping Clarence Daniels Jr, Novant Health Inc would note in medical records that a 2nd involuntary commitment order was obtained from the state of North Carolina, and would fail to inform Clarence Daniels Jr.

45. The physicial/psychological torture Clarence Daniels Jr was subjected to includes but was not limited to the following:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# STATEMENT OF FACT ADDENDUM

    a. On October 19, 2021, after refusing X-Rays, Clarence Daniels Jr would be told for the first that he had been involuntarily committed and he "COULD NOT REFUSE TREATMENT"(captives do NOT have the option to decline torture when kidnapped). Clarence Daniels Jr was forcefully restrained by armed security personnel employed by Novant Health Inc and injected. This would leave an approximately 4 inch blood stain on his sheets. Although he was NOT sedated, Clarence Daniels Jr was transported to the imaging department, where the imaging staff performed NO procedures. (This would be Novant Health Inc's response to Clarence Daniels Jr's refusal for injection on May 29, 2021.)

    Clarence Daniels Jr who was being quarantined due to Novant Health Inc claiming that he tested positive for COVID-19, was not offered/wearing a face covering while he was transported to and from the imaging department against his consent.

    b. On October 22, 2021 after Clarence Daniels Jr refused an IV, he was forcefully restrained by armed security personnel employed by Novant Health Inc while bed restraints were attached to his wrists, blood stolen, and IV inserted. Bed restraints remained on Clarence Daniels Jr while Novant Health Inc brought lunch and set It bedside. Bed restraints remained on Clarence Daniels Jr while Novant Health Inc brought dinner, and stacked it on the lunch tray that had previously been set bedside. The restraints would remain on Clarence Daniels Jr for over 8 hours until Clarence Daniels Jr used his feet to free himself from the bed restraints so he could urinate and eat his meals.

    c. Between 10/17/2021 and 11/24/2021, Novant Health Inc tortured Clarence Daniels Jr by subjecting him to chemical weapon assaults in a controlled environment.

    d. Between 10/31/2021 and 11/24/2021, Novant Health Inc tortured Clarence Daniels Jr by forcefully restraining and injecting him 3 times daily with multiple antipsychotics (including Lorazapem, a schedule IV controlled substance) which had NOT been prescribed prior to Clarence Daniels Jr being kidnapped on October 17, 2021.

    e. Between 10/31/2021 and 11/24/2021, Novant Health Inc would quarter Clarence Daniels Jr in a room where the environment was artificially adjusted to an average of sub-fifty-degree temperatures.

46. During his kidnapping, Clarence Daniels Jr was denied access to his communication device. Novant Health Inc would access Clarence Daniels Jr's communication device without consent and communicate the negative mental health narrative they were attempting to create with people on the contact list.

47. On November 13, 2021, Jacob McGrath would reference in medical records Clarence Daniels Jr's communications to the City of Charlotte regarding the lynch mob attacks against him. Jacob McGrath falsely attributed this as a direct communication to him.

48. On November 24,2021, Clarence Daniels Jr would sit in observance of a virtual court hearing where Nathan Carter, represented and gave testimony for Novant Health Inc, even though he had never presented himself to Clarence Daniels Jr while he was conscious.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# STATEMENT OF FACT ADDENDUM

49. Clarence Daniels Jr was released from Novant Health Presbyterian Medical Center on November 24, 2021.  (One of Clarence Daniels Jr's sandals would be stolen for entertainment purposes.)

50. With the aggresiveness of the terrorist attacks escalating and Charlotte Mecklenburg Police Department openly providing aid/support to the terrorists, on November 26, 2021, Clarence Daniels Jr booked a one-way trip to Honolulu, HI departing on November 27, 2021.

51. Clarence Daniels Jr arrived at Charlotte Douglas International Airport on November 26, 2021 at approximately 3:00pm.  United Airlines conspired to prevent Clarence Daniels Jr from checking in, keeping him from passing security checkpoint, and not allow him to check in until after 5:00 am on November 27, 2021 (45 minutes prior to his flight departure).  Preventing Clarence Daniels Jr from checking in kept him in the airport area patrolled by Charlotte Mecklenburg Police Department.  While waiting in the airport between 11/26/2021 and 11/27/2021, Clarence Daniels Jr was excessively targeted with chemical weapon assault variants.

52. Less than 3 days after Clarence Daniels Jr was released from his kidnapping by Novant Health Inc, he would be kidnapped and unlawfully deprived of his liberty before he departed Honolulu International Airport.  Multiple patterns of criminal activity would be repeated, with the kidnappers using both documented and undocumented physicial/psychological torture techniques previously deployed against Clarence Daniels Jr.  Clarence Daniels Jr would be unlawfully deprived of liberty until February 15, 2022.  During this kidnapping, Clarence Daniels Jr would suffer a heart attack and his requests for medical attention ignored.  This would add up to Clarence Daniels Jr being kidnapped for 120 days between 10/17/2021 and 2/15/2022, in 2 different States, over 4600 miles apart.

53. On April 19, 2022 Clarence Daniels Jr emailed the State of North Carolina Department of Health and Human Services for information related to Novant Health Inc's claims that 2 involuntarily commitment orders had been obtained between 10/17/2021 and 10/26/2021 and would NOT receive a response.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# CLAIM FOR RELIEF ADDENDUM

## CLAIMS

### I.  18 U.S.C. § 1964 - VIOLATION OF RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS (RICO) ACT

#### A.  (Against Publix Super Markets Inc; PUBLIX CIRCLE)

The Defendants established a pattern of criminal activity targeted at Clarence Daniels Jr by committing the following predicate offenses.

1.  (Kidnapping): On October 8, 2021, in anticipation of future legal proceedings related to criminal activity, the Defendants conspired and coordinated the kidnapping of Clarence Daniels Jr.

2.  (Obstruction of Justice): On October 8, 2021, in anticipation of future legal proceedings related to criminal activity, the Defendants engaged in systematic terrorist activity designed to intimidate and cause bodily harm to Clarence Daniels Jr.

3.  (Obstruction of Justice): On October 8, 2021, in anticipation of future legal proceedings related to criminal activity, the Defendants conspired to obtain an involuntary commitment order and unlawfully deprive Clarence Daniels Jr of his liberty.

#### B.  (Against Mecklenburg County EMS; MCEMS CIRCLE)

The Defendants established a pattern of criminal activity targeted at Clarence Daniels Jr by committing the following predicate offenses.

1.  (Kidnapping): On October 8, 2021, in anticipation of future legal proceedings related to criminal activity, the Defendants kidnapped Clarence Daniels Jr and unlawfully transported him against consent to Atrium Health Carolinas Medical Center.

2.  (Kidnapping): On October 17, 2021, in anticipation of future legal proceedings related to criminal activity, the Defendants kidnapped Clarence Daniels Jr and unlawfully restrained and transported him against consent to Novant Health Presbyterian Medical Center.

3.  (Obstruction of Justice): On October 8, 2021, in anticipation of future legal proceedings related to criminal activity, the Defendants engaged in systematic terrorist activity designed to intimidate and cause bodily harm to Clarence Daniels Jr.

4.  (Obstruction of Justice): On October 17, 2021, in anticipation of future legal proceedings related to criminal activity, the Defendants engaged in systematic terrorist activity designed to intimidate and cause bodily harm to Clarence Daniels Jr.

5.  (Obstruction of Justice): On October 8, 2021, in anticipation of future legal proceedings related to criminal activity, the Defendants conspired to obtain an involuntary commitment order and unlawfully deprive Clarence Daniels Jr of his liberty, for the purpose of creating a negative mental health narrative.

6.  (Obstruction of Justice): On October 17, 2021, in anticipation of future legal proceedings related to criminal activity, the Defendants conspired to obtain an involuntary

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# CLAIM FOR RELIEF ADDENDUM

commitment order and unlawfully deprive Clarence Daniels Jr of his liberty, for the purpose of creating a negative mental health narrative.

7.  (Engaging In Monetary Transactions In Property Derived From Specified Unlawful Activity): The Defendants obtained public funds directly related to the kidnapping of Clarence Daniels Jr and invested the proceeds of their criminal activity into their corporation.

## C. (Against Novant Health Inc; NOVANT CIRCLE; NVM CIRCLE)

The Defendants established a pattern of criminal activity targeted at Clarence Daniels Jr by committing the following predicate offenses.

1.  (Kidnapping): On October 17, 2021, in anticipation of future legal proceedings related to criminal activity, the Defendants kidnapped Clarence Daniels Jr and unlawfully deprived him of liberty until 11/24/2021.

2.  (Obstruction of Justice): On October 17, 2021, in anticipation of future legal proceedings related to criminal activity, the Defendants engaged in systematic terrorist activity designed to intimidate and cause bodily harm to Clarence Daniels Jr.

3.  (Obstruction of Justice): On October 17, 2021, in anticipation of future legal proceedings related to criminal activity, the Defendants conspired to obtain an involuntary commitment order and unlawfully deprive Clarence Daniels Jr of his liberty, for the purpose of creating a negative mental health narrative.

4.  (Obstruction of Justice): Between 10/17/2021 and 11/24/2021, in anticipation of future legal proceedings related to criminal activity, the Defendants physically/psychologically tortured Clarence Daniels Jr to intimidate and cause bodily harm.

5.  (Controlled Substance): Between 10/31/2021 and 11/24/2021, in anticipation of future legal proceedings related to criminal activity, the Defendants physically/psychologically tortured Clarence Daniels Jr with Lorazepem, a Schedule IV Controlled Substance to intimidate and cause bodily harm.

6.  (Chemical Weapons): Between 10/17/2021 and 11/24/2021, in anticipation of future legal proceedings related to criminal activity, the Defendants physically/psychologically tortured Clarence Daniels Jr by attacking him with chemical weapon assaults in a controlled environment, to intimidate and cause bodily harm.

7.  (Engaging In Monetary Transactions In Property Derived From Specified Unlawful Activity): The Defendants obtained public funds directly related to the kidnapping of Clarence Daniels Jr and invested the proceeds of their criminal activity into their corporation.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# CLAIM FOR RELIEF ADDENDUM

## II.  42 U.S.C. § 1983 - VIOLATION OF UNREASONABLE SEARCHES AND SEIZURES, U.S. CONST. AMEND. IV
**[Deprivation of Rights Under Color of Law]**
**(Against Novant Health Inc; NOVANT CIRCLE; NVM CIRCLE)**
Between 10/17/2021 and 11/24/2021 the Defendants, acting under the color of law, kidnapped Clarence Daniels Jr, accessed his mobile device without consent.

## III.  42 U.S.C. § 1983 - VIOLATION OF CRUEL AND UNUSUAL PUNISHMENT, U.S. CONST. AMEND. VIII
**[Deprivation of Rights Under Color of Law]**
**(Against Novant Health Inc; NOVANT CIRCLE; NVM CIRCLE)**
Between 10/17/2021 and 11/24/2021 the Defendants, acting under the color of law, kidnapped Clarence Daniels Jr, unlawfully deprived him of liberty without consent, used trained mental health professionals to maximize the physical/psychological torture they subjected him to (which included the use of Lorazapem, a Schedule IV controlled substance), denied him the ability to communicate with the outside world, and denied him the opportunity to speak to an attorney.

## IV.  42 U.S.C. § 1983 - VIOLATION OF EQUAL PROTECTION OF LAWS, U.S. CONST. AMEND. XIV
**[Deprivation of Rights Under Color of Law]**
**(Against Novant Health Inc; NOVANT CIRCLE; NVM CIRCLE)**
Between 10/17/2021 and 11/24/2021 the Defendants, acting under the color of law, kidnapped Clarence Daniels Jr, unlawfully deprived him of liberty without consent, used trained mental health professionals to maximize the physical/psychological torture they subjected him to (which included the use of Lorazapem, a Schedule IV controlled substance), denied him the ability to communicate with the outside world, and denied him the opportunity to speak to an attorney.

## V.  42 U.S.C. § 1983 - VIOLATION OF DUE PROCESS, U.S. CONST. AMEND. XIV
**[Deprivation of Rights Under Color of Law]**
**(Against Novant Health Inc; NOVANT CIRCLE; NVM CIRCLE)**
Between 10/17/2021 and 11/24/2021 the Defendants, acting under the color of law, kidnapped Clarence Daniels Jr, unlawfully deprived him of liberty without consent, used trained mental health professionals to maximize the physical/psychological torture they subjected him to (which included the use of Lorazapem, a Schedule IV controlled substance), denied him the ability to communicate with the outside world, and denied him the opportunity to speak to an attorney.

## VI.  CONSPIRACY
### A. (Against Publix Super Markets Inc; PUBLIX CIRCLE; Mecklenburg County EMS; MCEMS CIRCLE)
1. On October 8, 2021, in anticipation of future legal proceedings related to criminal activity, the Defendants conspired to kidnap Clarence Daniels Jr and unlawfully deprive him of liberty.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# CLAIM FOR RELIEF ADDENDUM

2. On October 8, 2021, in anticipation of future legal proceedings related to criminal activity, the Defendants conspired to obtain an involuntary commitment order and unlawfully deprive Clarence Daniels Jr of his liberty.

**B. (Against Novant Health Inc; NOVANT CIRCLE; NVM CIRCLE; Mecklenburg County EMS; MCEMS CIRCLE)**

1. On October 17, 2021, in anticipation of future legal proceedings related to criminal activity, the Defendants conspired to kidnap Clarence Daniels Jr and unlawfully deprive him of liberty.

2. On October 17, 2021, in anticipation of future legal proceedings related to criminal activity, the Defendants conspired to obtain an involuntary commitment order and unlawfully deprive Clarence Daniels Jr of his liberty.

## VII.  FALSE IMPRISONMENT

**A. (Against Publix Super Markets Inc; PUBLIX CIRCLE)**
On October 8, 2021, in anticipation of future legal proceedings related to criminal activity, the Defendants attacked and handcuffed Clarence Daniels Jr without lawful privilege and against his consent.

**B. (Against Mecklenburg County EMS; MCEMS CIRCLE)**
On October 8, 2021, in anticipation of future legal proceedings related to criminal activity, the Defendants kidnapped Clarence Daniels Jr and unlawfully transported him against consent to Atrium Health Carolinas Medical Center.

**C. (Against Novant Health Inc; NOVANT CIRCLE; NVM CIRCLE; Mecklenburg County EMS; MCEMS CIRCLE)**
On October 17, 2021, in anticipation of future legal proceedings related to criminal activity, the Defendants kidnapped Clarence Daniels Jr and unlawfully deprived him of liberty until 11/24/2021.

## VIII.  BATTERY

**A. (Against Publix Super Markets Inc; PUBLIX CIRCLE)**
On October 8, 2021, in anticipation of future legal proceedings related to criminal activity, the Defendants attacked and handcuffed Clarence Daniels Jr without lawful privilege and against his consent.

**B. (Against Novant Health Inc; NOVANT CIRCLE; NVM CIRCLE; Mecklenburg County EMS; MCEMS CIRCLE)**

1. On October 17, 2021, the Defendants forcefully restrained, and sedated Clarence Daniels Jr without lawful privilege and against consent.

2. On October 19, 2021, the Defendants forcefully restrained, and injected Clarence Daniels Jr without lawful privilege and against consent.

3. On October 22, 2021, the Defendants forcefully restrained, and inserted an IV into Clarence Daniels Jr without lawful privilege and against consent.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# CLAIM FOR RELIEF ADDENDUM

4. Between 10/17/2021 and 11/24/2021 the Defendants forcefully restrained and injected Clarence Daniels Jr 3 times daily with multiple antipsychotics (which included the use of Lorazepem, a Schedule IV controlled substance), without lawful privilege and against consent.

## IX.  Reckless Endangerment
### (Against Novant Health Inc; NOVANT CIRCLE; NVM CIRCLE; Mecklenburg County EMS; MCEMS CIRCLE)
Between 10/17/2021 and 11/24/2021 the Defendants kidnapped Clarence Daniels Jr, unlawfully deprived him of liberty without consent, used trained mental health professionals to maximize the physical/psychological torture they subjected him to (which included the use of Lorazepem, a Schedule IV controlled substance), denied him the ability to communicate with the outside world, and denied him the opportunity to speak to an attorney.

## X.  MEDICAL MALPRACTICE
### A. (Against The Charlotte-Mecklenburg Hospital Authority; ATRIUM CIRCLE)
On October 8, 2021, the Defendants ignored their obligation to report the criminal activity of Mecklenburg EMS and proposals to use their positions as medical professionals to perform criminal activity under the color of law.  As a result of the Defendants negligence, Clarence Daniels Jr was kidnapped between 10/17/2021 and 11/24/2021, unlawfully deprived him of liberty, trained mental health professionals used to maximize the physical/psychological torture he was subjected to (which included the use of Lorazepem, a Schedule IV controlled substance), denied the ability to communicate with the outside world, and denied the opportunity to speak to an attorney.

### B. (Against Novant Health Inc; NOVANT CIRCLE; NVM CIRCLE)
Between 10/17/2021 and 11/24/2021 the Defendants kidnapped Clarence Daniels Jr, unlawfully deprived him of liberty without consent, used trained mental health professionals to maximize the physical/psychological torture they subjected him to (which included the use of Lorazepem, a Schedule IV controlled substance), denied him the ability to communicate with the outside world, and denied him the opportunity to speak to an attorney.

## XI.  INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### (Against Novant Health Inc; NOVANT CIRCLE; NVM CIRCLE; Mecklenburg County EMS; MCEMS CIRCLE)
Between 10/17/2021 and 11/24/2021 the Defendants kidnapped Clarence Daniels Jr, unlawfully deprived him of liberty without consent, used trained mental health professionals to maximize the physical/psychological torture they subjected him to (which included the use of Lorazepem, a Schedule IV controlled substance), denied him the ability to communicate with the outside world, and denied him the opportunity to speak to an attorney.

## XII.  NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
### (Against The Charlotte-Mecklenburg Hospital Authority; ATRIUM CIRCLE)
On October 8, 2021, the Defendants ignored their obligation to report the criminal activity of Mecklenburg EMS and proposals to use their positions as medical professionals to perform criminal activity under the color of law.  As a result of the Defendants negligence, Clarence Daniels Jr was kidnapped between 10/17/2021 and 11/24/2021, unlawfully deprived him of

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# CLAIM FOR RELIEF ADDENDUM

liberty, trained mental health professionals used to maximize the physical/psychological torture he was subjected to (which included the use of Lorazapem, a Schedule IV controlled substance), denied the ability to communicate with the outside world, and denied the opportunity to speak to an attorney.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# CLAIM FOR RELIEF ADDENDUM

## Damages Suffered

Clarence Daniels Jr is traumatized daily by the normalized physicial/psychological torture of those who provided aid/support to the terrorist attacks against him.  Clarence Daniels Jr is traumatized daily by the vehicular assaults of those who participated in the normalized lynch mob that targeted him.  Clarence Daniels Jr is traumatized daily by the actions of those who provided aid/support, and normalized his kidnappings. Clarence Daniels Jr suffers from the long-term affects of routine chemical weapon assaults.  Clarence Daniels Jr suffers from the long-term effects of the combined regular chemical weapon assaults and drugs used to torture him during his extended kidnappings.

Due to the Defendants willful engagement in continuous and interrelated  unlawful acts in furtherance of a common illegal interest, terrorist attacks against Clarence Daniels Jr persist to this date.  If left unchecked, Clarence Daniels Jr and the general public is at risk of this multi-state pattern of unlawful behavior continuing to repeat itself.

When weighing the odds of continuation of these attacks against Clarence Daniels Jr, the court  should simply take notice of the following:

1. Due to the scale/longevity of the long-term coordinated terrorist attacks targeting Clarence Daniels Jr, patterns of criminal activity have started to organically mutate, and escalate.
2. The terrorist recognized the need to discredit Clarence Daniels Jr, but still refused to discontinue their pattern of criminal activity.
3. Clarence Daniels Jr does NOT actively carry around a mobile device with GPS capabilities.
4. Clarence Daniels Jr was struck by a vehicle while legally crossing a crosswalk, 4 times in a 2 year span.
5. Clarence Daniels Jr was kidnapped twice in less than 10 days.
6. Clarence Daniels Jr was kidnapped on separate occasions for 120 days, in 2 different States over 4600 miles apart, in a 4 month span.
7. Within a 24 hour span between 11/26/2021 and 11/27/2021:
   a. Clarence Daniels Jr was attacked with a chemical weapon assault at 3 international airports in the United States.
   b. Clarence Daniels Jr was attacked with a chemical weapon assault on a domestic flight in the United States.
   c. Clarence Daniels Jr was kidnapped at an international airport in the United States.

These terrorists have a habit of making government agencies complicit in their patterns of criminal activity, then convincing those same government agencies to mock themselves.  These terrorists coordinated with Charlotte Area Transit System  to advertise on some of their buses to "contact the FBI to report hate crimes", to mock the fact the FBI was permitting the attacks.   If Clarence Daniels Jr's 14th amendment right of "equal protection of laws" are being observed, then terrorism has been legalized, and everyone is fair game.

With Local/State/Federal agencies enabling these various organized individuals; entities; groups by providing aid/support to the detriment of the nation, the only feasible determent for future terrorist attacks are punitive damages complementary to the unprecedented expenses employed in these acts.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# CLAIM FOR RELIEF ADDENDUM

## RELIEF SOUGHT

1) General and compensatory damages against Defendants in the amount of $22,000,000.

2) Punitive and exemplary damages against Defendants in the amount of $506,000,000.

3) An independent/3rd party peer review of all medical records generated for Clarence Daniels Jr, by Novant Health.

4) Any and all other damages allowed by law according to proof to be determined at the time of trial in this matter.

5) All fees and costs allowed by law.

6) Any other relief the court deems in the best interest of justice